**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREA BENTSON,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**SUNBEAM PRODUCTS, INC.,**<br><br>    **Defendant,** | **Case No.: 4:22-CV-04129-YGR**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has reviewed the parties' updated Case Management Conference Statement and is satisfied that the above case is proceeding as scheduled. Accordingly, the Case Management Conference currently set for Monday, March 20, 2023 is **VACATED**.

The parties are reminded to follow the Court's standing order regarding motions for summary judgment.

**IT IS SO ORDERED**.

Date: March 17, 2023

                                             **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**