JOSEPH R. CORIATY (SBN 291682)
jcoriaty@goldbergsegalla.com
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017-5818
**Mailing Address:**
P.O. Box 17220
Los Angeles, CA 90017
Telephone:  213-415-7200
Facsimile:   213-415-7299

Attorneys for Defendant
SUNBEAM PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ANDREA BENTSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., a Florida corporation,<br><br>Defendant. | Case No. 4:22-cv-04129-YGR<br>District Judge Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR PRETRIAL DATES AND** ~~PROPOSED~~ **ORDER**<br><br>Complaint filed: 07/14/2022<br>Trial date:         09/11/2023 |

Plaintiff Andrea Bentson ("Plaintiff") and Sunbeam Products, Inc. ("Sunbeam"), (collectively, the "Parties") hereby stipulate, subject to the approval of the Court, to an extension governing the deadlines for ADR Completion; Expert Discovery; Close of Discovery; and Hearings on Dispositive Motions/Daubert Motions, currently set forth in The Case Management and Pretrial Order (Doc No. 25) and Order Granting Joint Stipulation for Extension of Time to Complete ADR

-1-

(Doc No. 32) ("Stipulation"). In support of the Stipulation, the Parties state as follows:

1. Plaintiff filed her complaint for personal injuries on July 14, 2022. (Doc 1-3). Defendant Sunbeam filed an answer to the complaint on August 10, 2022. (Doc 13).

2. Trial in this matter is set for September 11, 2023. (Doc. 25). This Stipulation does not request a change of the trial date.

3. On October 28, 2022, a case management conference took place. On November 1, 2022, the Court issued a case management and pretrial order containing the following deadlines:

- ADR TO BE COMPLETED BY: Friday, March 3, 2023;
- EXPERT DISCOVERY CUTOFF: Friday, April 14, 2023;
- CLOSE OF DISCOVERY: Friday, May 5, 2023;
- DISPOSITIVE MOTIONS/DAUBERT MOTIONS TO BE HEARD BY: Friday, June 2, 2023
- PRETRIAL COMPLIANCE DEADLINE: Friday, August 4, 2023
- JOINT PRETRIAL CONFERENCE STATEMENT: Friday, August 11, 2023
- PRETRIAL CONFERENCE: Friday, August 25, 2023
- TRIAL DATE : Monday, September 11, 2023

(See Doc 25).

4. On February 24, 2023, the Court signed an Order extending the ADR deadline to April 7, 2023. (Doc 32).

5. The Parties wish to extend the deadlines for ADR Completion; Expert Discovery; Close of Discovery; and Hearings on Dispositive Motions/Daubert Motions. Neither of the Parties will be prejudiced by such extensions.

6. On January 25, 2023, the parties participated in a joint evidence exam involving the subject product. Examination of the product revealed the identity of the manufacturer of the subject product. Pursuant to a Supply Agreement between the manufacturer of the product and Sunbeam, Sunbeam tendered the defense and indemnity of this matter to the source manufacturer and its insurance carrier for which Sunbeam is named as an additional insured. Since, and indeed before January 25, 2023, Sunbeam has placed the manufacturer of the subject product and its insurance carrier on notice of the instant pending litigation and continues to await a response from the manufacturer and its carrier.

7. Parties are working to schedule Plaintiff's deposition in April of 2023.

8. The requested extensions are required to involve the appropriate entities who are contractually obligated to defend and indemnify Sunbeam in this matter to participate in the discovery process, ADR and settlement discussions outside of ADR. The parties are unable to engage in meaningful settlement discussions while Sunbeam's tender is pending. Proceeding while Sunbeam's tender is pending will prejudice both parties.

9. The Parties note that extending these deadlines will not affect the Pretrial Compliance Deadline, Joint Pretrial Conference Statement Deadline, Pretrial Conference Date, or the Trial Date, set forth in the Court's Case Management and Pretrial Order (Doc. No. 25).

10. The Parties have requested and were granted one previous continuance of the ADR Completion deadline. No other requests for extensions have been made by the Parties.

11. So that Parties can complete their discovery, investigation, and trial preparation, and in turn have sufficient information from which to engage in a

meaningful mediation, Parties jointly request an extension of the deadlines for ADR Completion; Expert Discovery; Close of Discovery; and Hearings on Dispositive Motions/Daubert Motions.

Accordingly, IT IS HEREBY AGREED, STIPULATED, AND REQUESTED THAT by and between the parties signatory to this Joint Stipulation, the following deadlines be extended as follows:

1. ADR COMPLETION be extended from Friday, April 7, 2023 to Friday, May 19, 2023.

2. EXPERT DISCOVERY CUTOFF be extended from Friday, April 14, 2023 to Friday, May 26, 2023.

3. CLOSE OF DISCOVERY be extended from Friday, May 5, 2023 to Friday, June 16, 2023.

4. PREFILLING CONFERENCE FOR DISPOSITIVE MOTION (Pursuant to Judge Rogers' Standing order, section 9(a)) be set for Friday, June 16, 2023, with moving party's notice letter due Wednesday, June 7, 2023.

5. DISPOSITIVE MOTIONS/DAUBERT MOTIONS HEARING DEADLINE be extended from Friday, June 2, 2023 to Friday, July 28, 2023.

Dated: April 5, 2023                                           GOLDBERG SEGALLA LLP

By:  */s/ Joseph R. Coriaty*
JOSEPH R. CORIATY
Attorneys for Defendant SUNBEAM PRODUCTS, INC.

DATED: April 5, 2023      JOHNSON BECKER PLLC

By:   /s/ *Adam J. Kress* (w/ permission)
  ADAM J. KRESS
  *Admission Pro Hac Vice to be Filed*
  Associated Counsel for Plaintiff
  ANDREA BENTSON

## **SIGNATURE CERTIFICATION**

I, JOSEPH R. CORIATY, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this day of April 5, 2023, at Los Angeles, California.

Dated: April 5, 2023      GOLDBERG SEGALLA LLP

By:   */s/ Joseph R. Coriaty*
  JOSEPH R. CORIATY
  Attorneys for Defendant SUNBEAM PRODUCTS, INC.

GOLDBERG SEGALLA LLP
P.O. Box 17220
Los Angeles, CA 90017

# ORDER

Pursuant to the parties' Joint Stipulation, and good cause appearing, the Court hereby orders as follows:

1. ADR COMPLETION be extended from Friday, April 7, 2023 to Friday, May 19, 2023.

2. EXPERT DISCOVERY CUTOFF be extended from Friday, April 14, 2023 to Friday, May 26, 2023.

3. CLOSE OF DISCOVERY be extended from Friday, May 5, 2023 to Friday, June 16, 2023.

4. PREFILING CONFERENCE FOR DISPOSITIVE MOTION (Pursuant to Judge Rogers' Standing order, section 9(a)) be set for Friday, June 16, 2023, with moving party's notice letter due Wednesday, June 7, 2023.

5. DISPOSITIVE MOTIONS/DAUBERT MOTIONS HEARING DEADLINE be extended from Friday, June 2, 2023 to Friday, July 28, 2023.

In addition, the Court makes the further Orders stated below:

**IT IS SO ORDERED**.

Dated: April 12, 2023

District Judge Yvonne Gonzalez Rogers